Cause No. 04-17-00722-CR

---

IN THE FOURTH COURT OF APPEALS

FOR THE STATE OF TEXAS

---

IN RE BENJAMIN ELIAS

---

RELATOR'S APPLICATION FOR LEAVE TO FILE WRIT OF MANDAMUS

---

In Trial Cause No. 427052

Writ No. 2704

from the

Twelfth County Court of Law

for Bexar County Texas.

Benjamin Elias, pro se
TDCJ-ID No. 819778
O.B. Ellis Unit
1697 FM 980
Huntsville, Texas 77343.

IN THE FOURTH COURT OF APPEALS FOR THE STATE OF TEXAS

In re Benjamin Elias                    §    Cause No. _____

## APPLICATION FOR LEAVE TO FILE WRIT OF MANDAMUS

TO SAID HONORABLE COURT:


COMES NOW, Benjamin Elias, Relator, pro se and asks the Court to file the attached PETITION FOR WRIT OF MANDAMUS pursuant to Texas Rules of Appellate Procedure, Rule, 72.1, and would show the following:

This is an extraordinary case that requires the Fourth Court of Appeals to exercise original jurisdiction because Relator has no adequate remedy at law. It involves ministerial acts only and Relator has been unsuccessful in obtaining relief from the trial judge.

WHEREFORE PREMISES CONSIDERED, Relator hereby prays that this honorable Court grant leave to file writ of mandamus.


Respectfully,

*Benjamin Elias*
Benjamin Elias, pro se
Relator.


## UNSWORN DECLARATION


My name is Benjamin Elias, my date of birth is April 30th, 1979, and my inmate identifying number is TDCJ-ID No. 819778. I am presently incarcerated

-1-

in the O.B. Ellis Unit in Huntsville, Walker County, Texas 77343. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this the 31st day of October 2017.

_Benjamin Elias_
Benjamin Elias, pro se

## CERTIFICATE OF SERVICE

I, Benjamin Elias, hereby certify that a true and correct copy of the above and foregoing APPLICATION FOR LEAVE TO FILE WRIT OF MANDAMUS was forwarded to Honorable Scott Roberts, Justice Center, 300 Dolorosa, 2nd Fl., San Antonio, Texas 78205-3005 via United States Postal Service, first class mail, postage pre-paid.

Executed on this the 31st day of October 2017.

_Benjamin Elias_
Benjamin Elias, pro se